BEFORE THE SECOND DIVISION, APRIL 23, 1941

No. 45759.—Protests 717298–G, etc., of J. L. Hudson Co. (Detroit).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.